DISTRICT: 06
LOCATION: 02
CASE NUM: 06-02-0005340-2014
COMPLAINT NUM: 002

TRIAL DOCKET

PAGE: 1
DATE: 12/10/2014
ROOM: 401
TIME: 08:00 AM

FILED: 07/08/2014 INIT. CLAIM: $5,128.83 COSTS & FEES: $118.00* TORT

**PLAINTIFF VS. DEFENDANT**

| PLAINTIFF | DEFENDANT |
|---|---|
| CALIFORNIA CASUALTY INDEMNITY EXCHANGE | VANDERPLAS, FRANCISE |
| PO BOX 39700 | 2332 LONDON BRIDGE RD |
| COLORADO CO 80949 | SILVER SPRING MD 20906 |
| SELEDEE, JOEL D | |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |

JUDGMENT ENTERED FOR THE PLAINTIFF(S)

__ AFFIDAVIT
__ DEFAULT
__ CONSENT
__ CONFESSED
__ FOREIGN
✓ AFTER TRIAL
✓ JOINTLY AND SEVERALLY

__ DISMISSED 2 def(s)

JUDGMENT PRINCIPAL......$ 5128.83
PRE-JUDGMENT-INTEREST....$
TOTAL JUDGMENT..........$
COSTS...................$ 118.00
OTHER...................$
ATTORNEY'S FEES.........$

__ JUDGMENT DENIED THE PLAINTIFF(S) IN FAVOR OF THE DEFENDANT
__ AFTER TRIAL
__ PER RULE 3-615

POST-JUDGMENT INTEREST AT ✓ LEGAL RATE __ CONTRACTUAL RATE

__ IN REPLEVIN, FOR POSSESSION OF PROPERTY CLAIMED, VALUED AT $_________, IS AWARDED TO THE ___________, TOGETHER WITH DAMAGES OF $_________ FOR THE DETENTION THEREOF.

__ IN DETINUE, FOR POSSESSION OF PROPERTY CLAIMED, OR IN THE ALTERNATIVE, $_________REPRESENTING THE VALUE OF THE PROPERTY SUED FOR, PLUS DAMAGES OF $______ FOR ITS DETENTION IS AWARDED TO THE_________.

__ BAD FAITH INSURANCE CLAIM INDICATOR

JUDGE ID: 928 JUDGE: [signature] DATE: 12/10/2014

07/08/2014 INITIAL CASE FILING
07/21/2014 REGULAR CLAIM SERVED ON DEFENDANT
07/29/2014 NOTICE OF OUTCOME OF ORIGINAL SERVICE SENT TO THE PLAINTIFF
08/01/2014 NOTICE OF CANCELLED MERIT TRIAL SENT TO ALL PARTIES
08/25/2014 SENT TO 1ST FLR
08/27/2014 TRANSFER TO MONTGOMERY COUNTY
09/05/2014 CASE TRANSFERED FROM 0502-0015335-2014
09/05/2014 NOTICE OF MERIT TRIAL SENT TO ALL PARTIES
09/22/2014 DEFENDANT FILED MOTION MOTION TO POSTPONE

DISTRICT: 06
LOCATION: 02
CASE NUM: 06-02-0005340-2014
COMPLAINT NUM: 001

TRIAL DOCKET

PAGE: 2
DATE: 12/10/2014
ROOM: 401
TIME: 08:00 AM

CALIFORNIA CASUALTY INDEMNITY EXCHANGE VS. MUA, JOSPHAT

08/01/2014 NOTICE OF INITIAL COMPLAINT AFFIDAVIT/MERIT SENT TO THE DEFENDANT
08/01/2014 NOTICE OF CANCELLED MERIT TRIAL SENT TO ALL PARTIES
08/25/2014 SENT TO 1ST FLR
08/27/2014 TRANSFER TO MONTGOMERY COUNTY
08/27/2014 NOTICE OF CANCELLED COMPLAINT AFFIDAVIT/MERIT SENT TO ALL PARTIES
08/27/2014 NOTICE OF OUTCOME OF MOTION TO TRANSFER TO OTHER JURISDICTION SENT TO ALL PARTIES
09/05/2014 CASE TRANSFERED FROM 0502-0015335-2014
09/05/2014 NOTICE OF MERIT TRIAL SENT TO ALL PARTIES
09/22/2014 DEFENDANT FILED MOTION MOTION TO POSTPONE
10/06/2014 MOTION MOTION TO POSTPONE GRANTED BY JUDGE HON. EUGENE WOLFE
10/03/2014 DEFENDANT FILED MOTION TO FILE A COUNTERCLAIM
10/21/2014 MOTION TO FILE A COUNTERCLAIM GRANTED BY JUDGE HON. JOHN CHRISTIAN MOFFET
10/06/2014 CC COPIES OF ALTERED ORDER TO ALL LISTED
10/06/2014 MERIT TRIAL SET FOR 10/22/2014 POSTPONED BY DEFENDANT REQUEST -9R5
10/06/2014 NOTICE OF TRIAL POSTPONEMENT SENT TO ALL PARTIES
10/06/2014 NOTICE OF OUTCOME OF MOTION OTHER SENT TO ALL PARTIES
10/07/2014 ATTORNEY FOR PLAINTIFF FILED MOTION TO SANCTION
10/29/2014 MOTION TO SANCTION DENIED BY JUDGE HON. MARGARET M. SCHWEITZE
10/07/2014 ATTORNEY FOR PLAINTIFF FILED MOTION TO COMPEL ANSWERS TO INTERROG
10/29/2014 MOTION TO COMPEL ANSWERS TO INTERROG GRANTED BY JUDGE HON. MARGARET M. SCHWEITZE
10/16/2014 DEFS' RESPONSE TO MOTN TO COMPEL & SANCTIONS
10/16/2014 DEFENDANT FILED MOTION FOR PROTECTIVE ORDER
10/29/2014 MOTION FOR PROTECTIVE ORDER DENIED BY JUDGE HON. MARGARET M. SCHWEITZE
10/16/2014 DEFS' OR SCHEDULE A HEARING IN THE ALTERNATIVE
10/21/2014 ORDERED THAT COUNTERCLAIM BE FILED BY 10/31 BY HON. JOHN CHRISTIAN MOFFETT (A
10/21/2014 ANY DISCOVERY REGARDING THE COUNTERCLAIM SH BY HON. JOHN CHRISTIAN MOFFETT (A
10/21/2014 FILED & SERVED BY 11/10/2014. RESPONSES TO BY HON. JOHN CHRISTIAN MOFFETT (A
10/21/2014 DISCOVERY SHALL BE DUE & SERVED BY 11/28/20 BY HON. JOHN CHRISTIAN MOFFETT (A
10/22/2014 CC COPY OF ALTERED ORDER TO BOTH PARTIES
10/22/2014 NOTICE OF OUTCOME OF MOTION OTHER SENT TO ALL PARTIES
10/29/2014 ...DEF SHALL ANSWER PLN'S INTERROG. W/IN 1 BY HON. MARGARET M. SCHWEITZER (A
10/29/2014 FROM THE SERVICE OF THIS ORDER... BY HON. MARGARET M. SCHWEITZER (A
10/29/2014 CC TO ATP & DEF ON 11/5/14
11/05/2014 NOTICE OF OUTCOME OF MOTION TO COMPEL ANSWERS TO INTERROGATOR SENT TO ALL PARTIES
11/05/2014 NOTICE OF OUTCOME OF MOTION TO SANCTION SENT TO ALL PARTIES
11/05/2014 NOTICE OF OUTCOME OF MOTION OTHER SENT TO ALL PARTIES
11/10/2014 NOTICE OF SERVICE OF PRE-JUDGMENT INTERROGATORIES FILED BY DEFENDANT
11/10/2014 DEFENDANT FILED MOTION TO CONTINUE
11/18/2014 MOTION TO CONTINUE DENIED BY JUDGE HON. EUGENE WOLFE
11/12/2014 THE COUNTER CLAIM AND JURY DEMAND ARE STRIK BY HON. GARY G. EVERNGAM
11/12/2014 BECAUSE 1. NOT FILED 10-31-14 PER JUDGE 9Z9 BY HON. GARY G. EVERNGAM
11/12/2014 ORDER OF 10-21-14. 2. COUNTER CLAIM EXCEED BY HON. GARY G. EVERNGAM
11/12/2014 THE JURISDICTION OF THIS COURT. SEE RULE BY HON. GARY G. EVERNGAM
11/12/2014 3-331(F) AND CJ 4-401(1) BY HON. GARY G. EVERNGAM
11/13/2014 DEFENDANT FILED MOTION TRANSFER TO FEDERAL CT GREENB
11/13/2014 OR IN THE ALTERNATIVE SET FOR A HEARING
11/14/2014 ATP; PLN'S ANSWER IN OPP TO DEFS' 2ND MOTN FOR POSTPONE
11/19/2014 NOTICE OF OUTCOME OF MOTION TO CONTINUE SENT TO ALL PARTIES
11/19/2014 NOTICE OF SERVICE OF INTERROGATORIES FILED BY DEFENDANT

DISTRICT: 06
LOCATION: 02
CASE NUM: 06-02-0005340-2014
COMPLAINT NUM: 002

TRIAL DOCKET

PAGE: 2
DATE: 12/10/2014
ROOM: 401
TIME: 08:00 AM

CALIFORNIA CASUALTY INDEMNITY EXCHANGE VS. VANDERPLAS, FRANCISE

| | | | | |
|---|---|---|---|---|
| 10/06/2014 | MOTION MOTION TO POSTPONE | GRANTED | BY JUDGE HON. EUGENE WOLFE | |
| 10/03/2014 | DEFENDANT | FILED MOTION TO FILE A COUNTERCLAIM | | |
| 10/21/2014 | MOTION TO FILE A COUNTERCLAIM | GRANTED | BY JUDGE HON. JOHN CHRISTIAN MOFFET | |
| 10/06/2014 | MERIT TRIAL | SET FOR 10/22/2014 POSTPONED BY | DEFENDANT REQUEST | -9R5 |
| 10/06/2014 | NOTICE OF TRIAL POSTPONEMENT SENT TO ALL PARTIES | | | |
| 10/06/2014 | NOTICE OF OUTCOME OF MOTION OTHER | | SENT TO ALL PARTIES | |
| 10/16/2014 | DEFS' RESPONSE TO MOTN TO COMPEL & SANCTIONS | | | |
| 10/16/2014 | DEFENDANT | FILED MOTION FOR PROTECTIVE ORDER | | |
| 10/29/2014 | MOTION FOR PROTECTIVE ORDER | DENIED | BY JUDGE HON. MARGARET M. SCHWEITZE | |
| 10/16/2014 | DEFS' OR SCHEDULE A HEARING IN THE ALTERNATIVE | | | |
| 10/21/2014 | ORDERED THAT COUNTERCLAIM BE FILED BY 10/31 | BY | HON. JOHN CHRISTIAN MOFFETT | (A |
| 10/21/2014 | ANY DISCOVERY REGARDING THE COUNTERCLAIM SH | BY | HON. JOHN CHRISTIAN MOFFETT | (A |
| 10/21/2014 | FILED & SERVED BY 11/10/2014. RESPONSES TO | BY | HON. JOHN CHRISTIAN MOFFETT | (A |
| 10/21/2014 | DISCOVERY SHALL BE DUE & SERVED BY 11/28/20 | BY | HON. JOHN CHRISTIAN MOFFETT | (A |
| 10/22/2014 | CC COPY OF ALTERED ORDER TO BOTH PARTIES | | | |
| 10/22/2014 | NOTICE OF OUTCOME OF MOTION OTHER | | SENT TO ALL PARTIES | |
| 11/05/2014 | NOTICE OF OUTCOME OF MOTION OTHER | | SENT TO ALL PARTIES | |
| 11/06/2014 | FILE TO CHAMBER FOR JURY DEMAND AND CNTR CLAIM | | | |
| 11/06/2014 | FILED OVER JURD. AMNT. | | | |
| 11/10/2014 | NOTICE OF SERVICE OF PRE-JUDGMENT INTERROGATORIES FILED BY DEFENDANT | | | |
| 11/10/2014 | DEFENDANT | FILED MOTION TO CONTINUE | | |
| 11/18/2014 | MOTION TO CONTINUE | DENIED | BY JUDGE HON. EUGENE WOLFE | |
| 11/13/2014 | DEFENDANT | FILED MOTION TRANSFER TO FEDERAL CT GREENB | | |
| 11/13/2014 | OR IN THE ALTERNATIVE SET FOR A HEARING | | | |
| 11/14/2014 | ATP; PLN'S ANSWER IN OPP TO DEFS' 2ND MOTN FOR POSTPONE | | | |
| 11/19/2014 | NOTICE OF OUTCOME OF MOTION TO CONTINUE | | SENT TO ALL PARTIES | |
| 11/19/2014 | NOTICE OF SERVICE OF INTERROGATORIES FILED BY DEFENDANT | | | |

# DOCKET ENTRY LOG

____________________ v. ____________________

Case No.____________________

| Number | Description of Entry |
|---|---|
| 1 | STATEMENT OF CLAIM |
| 2 | SERVICE def 002 |
| 3 | SERVICE def 001 |
| 4 | notice of intention to defend |
| 5 | MOTION TO TRANSFER |
| 6 | Def's motion to postpone |
| 7 | Exhibits |
| 8 | DEFS; MOTION TO FILE COUNTERCLAIM |
| 9 | ORDER → GRANTED (9/29). |
| 10 | Motion to Compel & for Sanctions - (ATP) |
| 11 | Defs' Response to Motion to Compel & Sanctions & for protective order or #19 |
| 12 | order; atp's motion to Compel - granted |
| 13 | Cntr claim & Jury demand Striken 11-12-14 (ARG) |
| 14 | Intention to defend. |
| 15 | order = Denied |
| 16 | Defs' interrog. |
| 17 | Defs' Motion to postpone trial |
| 18 | ATP; Pltn's answer in opp. to defs' motions to Com |
| 19 | order : Denied |
| 20 | DEFS; Motion to Transfer to Fed. Court |
| 21 | order: |
| 22 | DEFS' answers to interrog. |

# DOCKET ENTRY LOG - 2

______________________ v. ______________________

Case No.____________________

| Number | Description of Entry |
|---|---|
| 23 | ATP; PLN's answers, in opp to def's Motion to transfer |
| 24 (001) (002) | DEF; Motion to Compel & for immediate Sanctions |
| 25 | order: |
| 26 (001) (002) | DEF; Illegality Involving Court Documents |
| 27 | |
| 28 | |
| 29 | |
| 30 | |
| 31 | |
| 32 | |
| 33 | |
| 34 | |
| 35 | |
| 36 | |
| 37 | |
| 38 | |
| 39 | |
| 40 | |
| 41 | |
| 42 | |
| 43 | |
| 44 | |