**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| CALIFORNIA CASUALTY INDEMNITY EXCHANGE<br><br>Plaintiff<br><br>v.<br><br>JOSPHAT MUA, et al.<br><br>Defendants | ) | CASE NO.: 8:15-CV-00060-PJM |

**PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' NOTICE OF REMOVAL**

The Plaintiff, California Casualty Indemnity Exchange (hereinafter "California Casualty"), by and through its undersigned counsel Marsden & Seledee, L.L.C. and Joel D. Seledee, Esquire, hereby files this Motion to Strike Defendants' Notice of Removal, and for reasons therefore states as follows:

1. The Defendants' Notice of Removal is untimely and improperly filed. The instant case should not be removed to the Federal Court as the case has already been tried, and judgment entered. The case has been fully adjudicated in the District Court of Maryland for Montgomery County, and there is now an appeal pending in the Circuit Court of Maryland for Montgomery County. The Defendants are solely seeking to remove this case to Federal Court because they received an unfavorable decision in the Maryland District Court.
2. The instant case is a simple unjust enrichment claim regarding a double payout from car insurance companies that the Defendants received as the result of a car accident that occurred on August 26, 2011.
3. 28 U.S.C.A. § 1446 (West) provides that a notice of removal must be filed within 30 days after the receipt by the defendant a copy of the initial pleading setting forth the

claim for relief upon which such action or proceeding is based. The Plaintiff filed the initial case on July 8, 2014. The Defendants were served with the Complaint on July 21, 2014. (See the Maryland District Course case docket attached hereto as Plaintiff's Exhibit 1 verifying the filing and service date).

4. On October 3, the Defendants filed a motion to allow the Defendants to file a counterclaim. The Court granted the Defendants' motion, but held that the counterclaimed had to be filed with the Court by October 31. The Defendants filed a counterclaim on November 3. Therefore, the Court struck the counterclaim as untimely. As a result of the Court's ruling, the Defendants filed a motion to transfer the case to Federal Court. The State Court denied the Defendants' motion.

5. On December 10, after holding a merit trial, the Court entered judgment in favor of the Plaintiff. (Copy of Judgment Notice attached hereto as Plaintiff's Exhibit 2). The Defendants Mua and Vandenplas both testified and presented evidence, as did the Plaintiff. Following trial, on December 16, the Defendants filed a motion for reconsideration and request for a new trial. The Court also denied the Defendants' motion for reconsideration. Thereafter, on January 7, 2015, the Defendants filed an appeal to the Circuit Court of Maryland for Montgomery County, which is currently pending.

6. It was not until after the full litigation process resulting in an unfavorable judgment to the Defendants that the Defendants decided to file a notice of removal in the Federal Courts. The notice of the removal filed by the Defendants violates both the 30 day rule established in 28 U.S.C.A. § 1446 (West) and the legal principle of res judicata.

Wherefore, the Plaintiff respectfully requests that this Court strike the Defendants' Notice of Removal and dismiss the above captioned action from this Court.

Dated: January 15, 2015

Respectfully submitted,

Joel D. Seledee, Esquire (08070)
Marsden & Seledee, LLC
1 N. Charles Street, Suite 2300
Baltimore, MD 21201
(410) 783-2700 (telephone)
(410) 783-4130 (fax)
JDS@marsdenseledee.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of Jan, 2015, a copy of PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' NOTICE OF REMOVAL was mailed first class, postage prepaid to: Josephat Mua, 2332 London Bridge Road, Silver Spring, Maryland 20906, Defendant; and, to Francoise Vandenplas, 2332 London Bridge Road, Silver Spring, Maryland 20906, Defendant.

Joel D. Seledee, Esquire

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| CALIFORNIA CASUALTY INDEMNITY EXCHANGE | ) | |
| Plaintiff | ) | CASE NO.: 8:15-CV-00060-PJM |
| v. | ) | |
| JOSPHAT MUA, et al. | ) | |
| Defendants | ) | |

**ORDER**

Upon consideration of Plaintiff's Motion to Strike Defendants' Notice of Removal and any response by the Defendant in opposition thereto, it is this _____ day of _________________, 2015, by the United States District Court for the District of Maryland, hereby

**ORDERED**, that Defendants' Notice of Removal be and is hereby **STRICKEN**, and it is further;

**ORDERED**, that the above captioned mattered be and is hereby **DISMISSED.**

_________________________________
Judge

cc:

Joel D. Seledee, Esquire
Marsden & Seledee, LLC
1 N. Charles Street, Suite 2300
Baltimore, MD 21201
*Attorneys for Plaintiff*

Francoise Vandenplas
2332 London Bridge Rd.
Silver Spring, MD 20906
*Defendant*

Josphat Mua
2332 London Bridge Rd.
Silver Spring, MD 20906
*Defendant*